# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>LORIN FISHMAN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00536-MMD-CLB<br><br>ORDER |

On December 22, 2023, the Court screened Plaintiff Jamal Damon Hendrix's Complaint under 28 U.S.C. § 1915A. (ECF No. 3.) The Court dismissed the Complaint without prejudice and with leave to amend. (*Id.*) The Court's screening order came back as undeliverable to Plaintiff's listed address at Lovelock Correctional Center. (ECF No. 5.) However, the Court is aware that in a different case, Plaintiff filed a stipulation dismissing some of his pending cases. (*See* Case No. 3:23-cv-00637-MMD-CLB, ECF No. 5.) In that stipulation, Plaintiff indicated that he is no longer incarcerated and listed his current address as 314 Foremaster Lane, Las Vegas, NV 89101. (*Id.*) Plaintiff also requested that all his other pending lawsuits continue with his updated address. (*Id.*)

Plaintiff has filed dozens of cases in the course of many years. He has many closed cases, as well multiple open cases. The Clerk of Court will not search through its records for Plaintiff's cases to update Plaintiff's address.[1] Rather, Plaintiff must file a change of address for each individual case, open or closed, for which Plaintiff wishes to continue to receive documents from the Court.

---

[1] The Court notes that there is no way for the Clerk of Court to definitively determine whether every case initiated by an individual named "Jamal Damon Hendrix" was opened by Plaintiff, as opposed to a different individual named Jamal Damon Hendrix. Plaintiff must file a change of address with specific case numbers so that there is no risk of the Court inadvertently changing the address for a case initiated by someone else with the same name.

1 The Court will send Plaintiff this one-time courtesy order, as well as a courtesy copy of the Court's screening order. However, the Court will not send out similar orders for Plaintiff's other cases. It is Plaintiff's responsibility to file an updated address for each of his individual cases. If Plaintiff fails to file an updated address for any of his other open cases, and he misses a deadline because he did not receive a Court order, those cases may be dismissed without further warning.

It is therefore ordered that the Clerk of Court will send a courtesy copy of the Court's screening order and the Complaint (ECF Nos. 3, 4) to Plaintiff Jamal Damon Hendrix at 314 Foremaster Lane, Las Vegas, NV 89101.

It is further ordered that the Court extends the deadline for Plaintiff to file an amended complaint to February 23, 2024.

DATED THIS 22nd Day of January 2024.

———————————————————
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE